**Taylor RUSSELL, on behalf of himself and all others similarly situated, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2011–1230.

United States Court of Appeals, Federal Circuit.

April 15, 2011.

---

\* Circuit Judge Friedman, who passed away on July 6, 2011, did not participate in this decision.

## ORDER

The plaintiff-appellant (TAYLOR RUSSELL) having paid the initial filing fee in the district court, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Opening brief of plaintiff-appellant is due on May 16, 2011.